IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN C. STOCKMAN,<br><br>Defendant. | PO-19-5082-GF-JTJ<br><br>VIOLATION:<br>6564073<br>Location Code: M13<br><br>ORDER |
|---|---|

Based upon the United States' motion to accept the defendant's payment of a $45 fine and $30 processing fee for violation 6564073 (for a total of $75), and for good cause shown,

IT IS ORDERED that the $75 fine ($45 fine and $30 processing fee) paid by the defendant is accepted as a full adjudication of violation 6564073.

IT IS FURTHER ORDERED that the initial appearance scheduled for August 8, 2019, is VACATED.

DATED this 22nd day of July, 2019.

John Johnston
United States Magistrate Judge